UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARYBETH MOORE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>REALPAGE, INC.; GREYSTAR REAL ESTATE PARTNERS, LLC; LINCOLN PROPERTY CO.; CUSHMAN & WAKEFIELD, INC.; FPI MANAGEMENT, INC.; RPM LIVING, LLC; BH MANAGEMENT SERVICES, LLC; MID-AMERICA APARTMENT COMMUNITIES, INC.; MORGAN PROPERTIES, LLC; AVENUE5 RESIDENTIAL, LLC; BOZZUTO MANAGEMENT COMPANY; AVALONBAY COMMUNITIES, INC.; HIGHMARK RESIDENTIAL, LLC; EQUITY RESIDENTIAL; THE IRVINE COMPANY, LLC; ESSEX PROPERTY TRUST, INC.; ZRS MANAGEMENT, LLC; CAMDEN PROPERTY TRUST; UDR, INC.; CONAM MANAGEMENT CORPORATION; CORTLAND PARTNERS, LLC; THRIVE COMMUNITIES MANAGEMENT, LLC; SECURITY PROPERTIES INC.; CWS APARTMENT HOMES, LLC; PROMETHEUS REAL ESTATE GROUP; SARES REGIS GROUP OPERATING, INC.; MISSION ROCK RESIDENTIAL, LLC; and MORGAN GROUP, INC.,<br><br>Defendants. | No. 2:22-cv-01826-RSL<br><br>STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT |

STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT
No. 2:22-cv-01826-RSL

1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

Pursuant to Local Civil Rules 7(d)(1), 7(j), and 10(g), Plaintiff MaryBeth Moore ("Plaintiff") and Defendants RealPage, Inc.; Lincoln Property Co.; Cushman & Wakefield, Inc.; FPI Management, Inc.; RPM Living, LLC; BH Management Services, LLC; Mid-America Apartment Communities, Inc.; Bozzuto Management Company; AvalonBay Communities, Inc.; Highmark Residential, LLC; Equity Residential; Essex Property Trust, Inc.; ZRS Management, LLC; Camden Property Trust; UDR, Inc.; ConAm Management Corporation; Cortland Partners, LLC; Thrive Communities Management, LLC; Security Properties Inc.; Prometheus Real Estate Group; Mission Rock Residential, LLC; Avenue5 Residential, LLC; CWS Apartment Homes, LLC; Sares Regis Group Operating, Inc.; Greystar Real Estate Partners, LLC; and Morgan Group, Inc. (collectively, the "Stipulating Defendants"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed a Class Action Complaint (the "Complaint") on December 27, 2022.  ECF No. 1;

WHEREAS, the Stipulating Defendants agreed to waive service in the above-captioned action on or about January 25, 2023, January 26, 2023, January 27, 2023, January 31, 2023, February 6, 2023, February 15, 2023 and February 17, 2023.  *See* ECF Nos. 9–10, 12–29, 36, 39-41;

WHEREAS, Plaintiff served Defendant Greystar Real Estate Partners, LLC on February 17, 2023;

WHEREAS, Plaintiff voluntarily dismissed Defendant The Irvine Company, LLC on or about January 18, 2023.  ECF No. 6;

WHEREAS, the Complaint asserts claims under Section 1 of the Sherman Act based on the alleged use of RealPage, Inc.'s revenue management software;

WHEREAS, as of the date of this filing, the parties are aware that one or more of the Stipulating Defendants are named in multiple other lawsuits, in District Courts in Arizona, California, Colorado, the District of Columbia, Florida, Massachusetts, Tennessee, Texas, and other cases in Washington, asserting claims under Section 1 of the Sherman Act based on the

STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT
No. 2:22-cv-01826-RSL

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

2

alleged use of RealPage, Inc.'s revenue management software;

WHEREAS, on January 4, 2023, certain Stipulating Defendants and defendants named in other actions filed a motion pursuant to 28 U.S.C. §1407 before the U.S. Judicial Panel on Multidistrict Litigation to transfer this case and others to the U.S. District Court for the Northern District of Texas for consolidated pretrial proceedings;

WHEREAS, Plaintiff and the Stipulating Defendants have conferred and agreed that party and judicial efficiency would be best served by suspending, for a short period of time, the deadline for the Stipulating Defendants to answer, move to dismiss, or otherwise respond to the Complaint;

WHEREAS, similar orders have been entered in other related cases subject to Defendants' MDL Petition, including: *Weaver v. RealPage, Inc. et al.*, No. 1:22-cv-03224 (D. Colo.), *Navarro v. RealPage, Inc. et al.*, No. 2:22-cv-01552 (W.D. Wash.), *Alvarez et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01617 (W.D. Wash.), *Cherry et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01618 (W.D. Wash.), *Morgan et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01712 (W.D. Wash.), and *Armas et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01726 (W.D. Wash.);

WHEREAS, Plaintiff and the Stipulating Defendants have conferred and agree that the deadline for the Stipulating Defendants to answer, move to dismiss, or otherwise respond to the Complaint should be suspended and should be set on the same date as the deadline ultimately established for *Alvarez et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01617 (W.D. Wash.), *Cherry et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01618 (W.D. Wash.), *Morgan et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01712 (W.D. Wash.), and *Armas et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01726 (W.D. Wash.);

WHEREAS, Plaintiff and the Stipulating Defendants have agreed to file a joint status report with the Court by April 21, 2023;

In making this stipulation, the Stipulating Defendants do not waive, in this or any other action, any (i) defenses or arguments for dismissal that may be available under Fed. R. Civ. P. 12; (ii) affirmative defenses under Fed. R. Civ. P. 8, including defenses based on class action

STIPULATED MOTION AND ORDER SUSPENDING
DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO
COMPLAINT
No. 2:22-cv-01826-RSL

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

3

waivers; (iii) other statutory or common law defenses that may be available; or (iv) right to seek or oppose any reassignment, transfer, or consolidated alternatives, including to seek arbitration. The Stipulating Defendants expressly reserve their rights to raise any such defenses (or any other defense) in response to either the Complaint or any original, amended, or consolidated complaint that may be filed in this or any other action.

THEREFORE, Plaintiff and the Stipulating Defendants stipulate and agree to suspend the deadline for the Stipulating Defendants to answer, move to dismiss, or otherwise respond to the Complaint and request that the Court enter the subjoined order pursuant to this stipulation.

STIPULATED to this 9th day of March, 2023.

We certify that this memorandum contains 751 words, in compliance with the Local Civil Rules.

/s/ Beth E. Terrell
Beth E. Terrell (WSBA No. 26759)
bterrell@terrellmarshall.com
Blythe H. Chandler (WSBA No. 43387)
bchandler@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603

David B. Rochelson (*pro hac vice* forthcoming)
drochelson@garwingerstein.com
Deborah Elman (*pro hac vice* forthcoming)
delman@garwingerstein.com
GARWIN GERSTEIN & FISHER LLP
88 Pine Street, 10th Floor
New York, New York 10005
Telephone: (212) 398-0055

*Counsel for Plaintiff MaryBeth Moore Individually and on Behalf of All Others Similarly Situated*

/s/ Rachel Tallon Reynolds
Rachel Tallon Reynolds (WSBA No. 38750)
Rachel.Reynolds@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, WA 98101
Telephone: (206) 436-2020

Todd R. Seelman (*pro hac vice* forthcoming)
Todd.Seelman@lewisbrisbois.com
Thomas L. Dyer (*pro hac vice* forthcoming)
Thomas.Dyer@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
1700 Lincoln St., Ste. 4000
Denver, CO 80203
Telephone: (720) 292-2002

*Counsel for Defendants Cortland Partners, LLC and Mission Rock Residential, LLC*

STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT
No. 2:22-cv-01826-RSL

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4

| | |
|---|---|
| /s/ Maren R. Norton<br>Maren R. Norton (WSBA No. 35435)<br>maren.norton@stoel.com<br>STOEL RIVES LLP<br>600 University Street, Suite 3600<br>Seattle, WA 98101<br>Telephone:  (206) 624-0900<br><br>Charles H. Samel (*pro hac vice* forthcoming)<br>charles.samel@stoel.com<br>Edward C. Duckers (*pro hac vice* forthcoming)<br>ed.duckers@stoel.com<br>STOEL RIVES LLP<br>1 Montgomery Street, Suite 3230<br>San Francisco, CA  94104<br>Telephone: (415) 617-8900<br><br>George A. Guthrie (*pro hac vice* forthcoming)<br>gguthrie@wilkefleury.com<br>WILKE FLEURY LLP<br>621 Capitol Mall, Suite 900<br>Sacramento, CA  95814<br>Telephone: (916) 441-2430<br><br>*Counsel for Defendant FPI Management, Inc.*<br><br>/s/ Belinda S Lee<br>Belinda S Lee (*pro hac vice* forthcoming)<br>belinda.lee@lw.com<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone: (415) 395-8851<br><br>E. Marcellus Williamson (*pro hac vice* forthcoming)<br>marc.williamson@lw.com<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br>Telephone: (202) 637-2203<br><br>*Counsel for Defendant AvalonBay Communities, Inc.* | /s/ Britt M. Miller<br>Britt M. Miller (*pro hac vice* forthcoming)<br>bmiller@mayerbrown.com<br>Daniel T. Fenske (*pro hac vice* forthcoming)<br>dfenske@mayerbrown.com<br>MAYER BROWN LLP<br>71 South Wacker Drive<br>Chicago, IL 6006<br>Telephone: (312) 701-8663<br><br>*Counsel for Defendant Mid-America Apartment Communities, Inc.*<br><br>/s/ Curt Roy Hineline<br>Carl W. Hittinger (*pro hac vice*)<br>chittinger@bakerlaw.com<br>BAKER & HOSTETLER LLP<br>1735 Market Street, Suite 3300<br>Philadelphia, PA 19103<br>Telephone: (215) 564-2898<br><br>Curt Roy Hineline (WSBA No. 16317)<br>chineline@bakerlaw.com<br>BAKER & HOSTETLER LLP<br>999 Third Avenue, Suite 3900<br>Seattle, WA 98104-4040<br>Telephone: (206) 332-1380<br><br>*Counsel for Defendant Equity Residential*<br><br>/s/ Judith A. Zahid<br>Judith A. Zahid (*pro hac vice* forthcoming)<br>jzahid@zellelaw.com<br>Heather T. Rankie (*pro hac vice* forthcoming)<br>hrankie@zellelaw.com<br>ZELLE LLP<br>555 12th Street, Suite 1230<br>Oakland CA 94607<br>Telephone: (415) 633-1916<br><br>*Counsel for Defendant Prometheus Real Estate Group, Inc.* |

STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT
No. 2:22-cv-01826-RSL

5

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

| | |
|---|---|
| /s/ Michael D. Bonanno<br>Michael D. Bonanno (*pro hac vice* forthcoming)<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>1300 I St. NW, Suite 900<br>Washington, D.C. 20005<br>mikebonanno@quinnemanuel.com<br>(202) 538-8225<br><br>Christopher Daniel Kercher (*pro hac vice* forthcoming)<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>christopherkercher@quinnemanuel.com<br>(212) 849-7000<br><br>*Counsel for Defendant Highmark Residential, LLC* | /s/ Benjamin R. Nagin<br>Robin Wechkin (WSBA 24746)<br>rwechkin@sidley.com<br>SIDLEY AUSTIN LLP<br>8426 316th Pl. SE<br>Issaquah, WA 98027<br>Telephone: (415) 439-1799<br><br>Benjamin Nagin (pro hac vice forthcoming)<br>bnagin@sidley.com<br>SIDLEY AUSTIN LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Telephone: (212) 839-5300<br><br>*Counsel for Defendant ConAm Management Corporation* |
| /s/ Leo D. Caseria<br>Leo D. Caseria (*pro hac vice* forthcoming)<br>lcaseria@sheppardmullin.com<br>Helen C. Eckert (WSBA No. 52405)<br>heckert@sheppardmullin.com<br>SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>2099 Pennsylvania Avenue, N.W., Suite 100<br>Washington, D.C. 20006-6801<br>Telephone: (202) 747-1925<br><br>Arman Oruc (*pro hac vice* forthcoming)<br>aoruc@goodwinlaw.com<br>GOODWIN PROCTER LLP<br>1900 N Street, NW<br>Washington, DC 20036<br>Telephone: (202) 346-4000<br><br>*Counsel for Defendant Essex Property Trust, Inc.* | /s/ David A. Walton<br>David A. Walton (*pro hac vice* forthcoming)<br>Troy Lee (T.J.) Hales (*pro hac vice* forthcoming)<br>dwalton@bellnunnally.com<br>thales@bellnunnally.com<br>Bell Nunnally & Martin, LLP<br>2323 Ross Avenue, Suite 1900<br>Dallas, TX 75201<br><br>*Counsel for Defendant RPM Living, LLC* |
| /s/ Diana S. Breaux<br>Diana S. Breaux, WSBA #46112<br>dianab@summitlaw.com<br>Selby P. Brown, WSBA #59303<br>selbyb@summitlaw.com<br>SUMMIT LAW GROUP, PLLC | /s/ Stephen McIntyre<br>Stephen McIntyre (*pro hac vice* forthcoming)<br>smcintyre@omm.com<br>O'Melveny & Myers LLP<br>400 South Hope Street, 18th Floor |

STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT
No. 2:22-cv-01826-RSL

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

6

| | |
|---|---|
| 315 Fifth Avenue South<br>Suite 1000<br>Seattle, WA 98104<br>Telephone: (206) 676-7058<br>Facsimile: (206) 676-7001 | Los Angeles, CA 90071<br>Telephone: (213) 430-6000<br><br>*Counsel for Defendant BH Management Services, LLC* |
| */s/ David D. Cross*<br>David D. Cross  (*pro hac vice* forthcoming)<br>dcross@mofo.com<br>Jeffrey A. Jaeckel  (*pro hac vice* forthcoming)<br>jjaeckel@mofo.com<br>Robert W. Manoso  (*pro hac vice* forthcoming)<br>rmanoso@mofo.com<br>Sydney K. Cooper<br>scooper@mofo.com<br>Morrison & Foerster LLP<br>2100 L Street, NW<br>Suite 900<br>Washington, D.C., 20037<br>Telephone: (202) 887-1500<br><br>*Counsel for Defendant UDR, Inc.* | */s/ James D. Bragdon*<br>James D. Bragdon  (*pro hac vice* forthcoming)<br>Gallagher Evelius & Jones LLP<br>218 N. Charles St., Suite 400<br>Baltimore, MD 21201<br>Telephone: (410) 727-7702<br>jbragdon@gejlaw.com<br><br><br>*Counsel for Defendant Bozzuto Management Company* |
| */s/ Valentine S. Hoy*<br>Valentine S. Hoy  (*pro hac vice* forthcoming)<br>Patrick E. Breen  (*pro hac vice* forthcoming)<br>Scott Perlin  (*pro hac vice* forthcoming)<br>vhoy@allenmatkins.com<br>pbreen@allenmatkins.com<br>sperlin@allenmatkins.com<br>Allen Matkins Leck Gamble Mallory & Natsis LLP<br>600 West Broadway, 27th Floor<br>San Diego, California 92101-0903<br>Telephone: (619) 233-1155<br><br>*Counsel for Defendant Sares Regis Group Operating, Inc.* | */s/ Ferdose Al-Taie*<br>Ferdose Al-Taie (*pro hac vice* forthcoming)<br>ferdose.al-taie@akerman.com<br>Ryan Krone (*pro hac vice* forthcoming)<br>ryan.krone@akerman.com<br>AKERMAN LLP<br>2001 Ross Avenue, Suite 3600<br>Dallas, TX 75201<br>Telephone: (214) 720-4308<br><br>*Counsel for Defendant ZRS Management, LLC*<br><br>*/s/Jessica Jensen*<br>Jessica B. Jensen (WSBA No. 29353)<br>jjensen@omwlaw.com<br>Mary Re Knack (WSBA No. 26945)<br>rknack@omwlaw.com<br>OGDEN MURPHY WALLACE, PLLC<br>901 5th Ave, Suite 3500<br>Seattle, WA 98164<br>Telephone: (206) 447-7000<br>Facsimile: (206) 447-0215 |
| */s/ Heidi Bradley*<br>Heidi Bradley (WSBA No. 35759)<br>hbradley@bradleybernsteinllp.com<br>BRADLEY BERNSTEIN SANDS LLP<br>113 Cherry Street, PMB 62056<br>Seattle, Washington 98104-2205 | |

STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT
No. 2:22-cv-01826-RSL

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

7

| | | |
|---|---|---|
| 1 | Darin Sands (WSBA No. 35865) | /s/ Gregory J. Casas |
| 2 | dsands@bradleybernsteinllp.com<br>BRADLEY BERNSTEIN SANDS LLP | Gregory J. Casas (*pro hac vice* forthcoming)<br>casasg@gtlaw.com |
| 3 | 1425 SW 20th Ave., Suite 201<br>Portland, OR 97201 | GREENBERG TRAURIG, LLP<br>300 West 6th Street, Suite 2050<br>Austin, TX 78701-4052 |
| 4 | /s/ Stephen Weissman | Telephone: (512) 320-7200 |
| 5 | Stephen Weissman (*pro hac vice* forthcoming)<br>sweissman@gibsondunn.com | Robert J. Herrington (*pro hac vice* |
| 6 | Michael J. Perry (*pro hac vice* forthcoming)<br>mjperry@gibsondunn.com | forthcoming)<br>HerringtonR@gtlaw.com |
| 7 | GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, NW | GREENBERG TRAURIG, LLP<br>1840 Century Park East, Suite 1900 |
| 8 | Washington, DC 20036<br>Telephone: (202) 955-8678 | Los Angeles, CA 90067<br>Telephone: (310) 586-7700 |
| 9 | | |
| 10 | Jay Srinivasan (*pro hac vice* forthcoming)<br>jsrinivasan@gibsondunn.com | Becky L. Caruso (*pro hac vice* forthcoming)<br>Becky.Caruso@gtlaw.com |
| 11 | Daniel G. Swanson (*pro hac vice* forthcoming)<br>dswanson@gibsondunn.com | GREENBERG TRAURIG, LLP<br>500 Campus Drive, Suite 400 |
| 12 | GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue | Florham Park, NJ 07932<br>Telephone: (973) 443-3252 |
| 13 | Los Angeles, CA 90071 | |
| 14 | Telephone: (213) 229-7430 | *Counsel for Defendant Lincoln Property Co.* |
| 15 | Ben A. Sherwood (*pro hac vice* forthcoming) | /s/ Lynn H. Murray |
| 16 | bsherwood@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP | Lynn H. Murray (*pro hac vice* forthcoming)<br>lhmurray@shb.com |
| 17 | 200 Park Avenue<br>New York, NY 10166 | SHOOK HARDY & BACON L.L.P.<br>111 S. Wacker Dr., Suite 4700 |
| 18 | Telephone: (212) 351-2671 | Chicago, IL 60606<br>Telephone: (312) 704-7766 |
| 19 | *Counsel for Defendant RealPage, Inc.* | |
| 20 | /s/ Benjamin I. VandenBerghe | Ryan Sandrock (*pro hac vice* forthcoming)<br>rsandrock@shb.com |
| 21 | Benjamin I. VandenBerghe (WSBA No. 35477)<br>biv@montgomerypurdue.com | SHOOK HARDY & BACON L.L.P.<br>555 Mission Street, Suite 2300 |
| 22 | Kaya R. Lurie (WSBA No. 51419)<br>klurie@montgomerypurdue.com | San Francisco, CA 94105<br>Telephone: (415) 544-1944 |
| 23 | MONTGOMERY PURDUE PLLC<br>701 Fifth Avenue, Suite 5500 | |
| 24 | Seattle, Washington 98104-7096 | |
| 25 | *Counsel for Defendant Thrive Communities* | Laurie A. Novion (*pro hac vice* forthcoming)<br>lnovion@shb.com |
| 26 | *Management, LLC* | SHOOK HARDY & BACON L.L.P.<br>2555 Grand Blvd. |
| 27 | | Kansas City, MO 64108 |

STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT
No. 2:22-cv-01826-RSL

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

8

| | |
|---|---|
| 1 | |

*/s/ J. Dino Vasquez*
J. Dino Vasquez (WSBA No. 25533)
dvasquez@karrtuttle.com
KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 224-8023

*Counsel for Defendant Security Properties Inc.*

*/s/ Carl C. Butzer*
Carl C. Butzer (*pro hac vice* forthcoming)
Joel Glover (*pro hac vice* forthcoming)
David Moran (*pro hac vice* forthcoming)
Tre Fischer (*pro hac vice* forthcoming)
cbutzer@jw.com
jglover@jw.com
dmoran@jw.com
tfischer@jw.com
Jackson Walker LLP
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
Telephone: (214) 953-5902

*Counsel for Defendant Morgan Group, Inc.*


*/s/ Rebecca S. Ashbaugh*
Rebecca S. Ashbaugh, WSBA #38186
bashbaugh@ashbaughbeal.com
ASHBAUGH BEAL LLP
701 5th Avenue, Suite 4400
Seattle, WA 98104
Telephone: (206) 386-5900

Danny David (*pro hac vice* forthcoming)
danny.david@bakerbotts.com
BAKER BOTTS
910 Louisiana Street
Houston, TX 77002-4995
Telephone: (713) 229-1234

James Kress (*pro hac vice* forthcoming)
james.kress@bakerbotts.com
Paul Cuomo (*pro hac vice* forthcoming)
paul.cuomo@bakerbotts.com
BAKER BOTTS

Telephone: (816) 559-2352

Hunter K. Ahern (WSBA No. 54489)
hahern@shb.com
SHOOK HARDY & BACON L.L.P.
701 5th Avenue, Suite 6800
Seattle, WA 98104
Telephone: (206) 344-7600

*Counsel for Defendant Camden Property Trust*

*/s/ Jeremy J. Calsyn*
Jeremy J. Calsyn (*pro hac vice* forthcoming)
jcalsyn@cgsh.com
Leah Brannon (*pro hac vice* forthcoming)
lbrannon@cgsh.com
Kenneth Reinker (*pro hac vice* forthcoming)
kreinker@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 974-1522

Joseph M. Kay (*pro hac vice* forthcoming)
jkay@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2745

*Counsel for Defendant Cushman & Wakefield, Inc.*

*/s/ Bradford J. Axel*
Bradford J. Axel, WSBA #29269
bradford.axel@stokeslaw.com
STOKES LAWRENCE, P.S.
1420 Fifth Avenue, Suite 3000
Seattle, Washington 98101-2393
Telephone: (206) 892-2102

Ann MacDonald (*pro hac vice* forthcoming)
Barry Hyman (*pro hac vice* forthcoming)
ann.macdonald@afslaw.com
barry.hyman@afslaw.com
ARENTFOX SCHIFF LLP

STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT
No. 2:22-cv-01826-RSL

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

9

| | |
|---|---|
| 700 K Street, N.W.<br>Washington, DC 20001-5692<br>Telephone: (202) 639-7700<br><br>*Counsel for Defendant Avenue5 Residential, LLC* | 233 South Wacker Drive, Suite 7100<br>Chicago, Illinois 60606<br>Telephone: (312) 258-5548<br><br>Suzanne Wahl (*pro hac vice* forthcoming)<br>suzanne.wahl@afslaw.com<br>ARENTFOX SCHIFF LLP<br>350 South Main Street, Suite 210<br>Ann Arbor, Michigan 48104<br>Telephone: (734) 222-1517<br><br>*Counsel for Defendant CWS Apartment Homes, LLC*<br><br>*/s/ Michael M. Maddigan*<br>Michael M. Maddigan (*pro hac vice* forthcoming)<br>michael.maddigan@hoganlovells.com<br>Vassi Iliadis (*pro hac vice* forthcoming)<br>vassi.iliadis@hoganlovells.com<br>HOGAN LOVELLS US LLP<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Telephone: (310) 785-4727<br><br>William L. Monts, III (*pro hac vice* forthcoming)<br>william.monts@hoganlovells.com<br>Benjamin F. Holt (*pro hac vice* forthcoming)<br>benjamin.holt@hoganlovells.com<br>HOGAN LOVELLS US LLP<br>555 Thirteenth Street, NW<br>Washington, DC 20004<br>Telephone: (202) 637-6440<br><br>*Counsel for Defendant Greystar Real Estate Partners, LLC* |

STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT
No. 2:22-cv-01826-RSL

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

10

**ORDER**

THIS MATTER came before the Court on the parties' Stipulated Motion to Suspend the Deadline for Certain Defendants to Respond to the Complaint. Now, therefore,

IT IS HEREBY ORDERED THAT:

The deadline for Defendants RealPage, Inc.; Lincoln Property Co.; Cushman & Wakefield, Inc.; FPI Management, Inc.; RPM Living, LLC; BH Management Services, LLC; Mid-America Apartment Communities, Inc.; Bozzuto Management Company; AvalonBay Communities, Inc.; Highmark Residential, LLC; Equity Residential; Essex Property Trust, Inc.; ZRS Management, LLC; Camden Property Trust; UDR, Inc.; ConAm Management Corporation; Cortland Partners, LLC; Thrive Communities Management, LLC; Security Properties Inc.; Prometheus Real Estate Group; Mission Rock Residential, LLC; Avenue5 Residential, LLC; CWS Apartment Homes, LLC; Sares Regis Group Operating, Inc.; Greystar Real Estate Partners, LLC; and Morgan Group, Inc. to answer, move to dismiss, or otherwise respond to the Complaint is hereby suspended and shall be set on the same date as the deadline ultimately established for *Alvarez et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01617 (W.D. Wash.), *Cherry et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01618 (W.D. Wash.), *Morgan et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01712 (W.D. Wash.), and *Armas et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01726 (W.D. Wash.).

Plaintiff and Defendants RealPage, Inc.; Lincoln Property Co.; Cushman & Wakefield, Inc.; FPI Management, Inc.; RPM Living, LLC; BH Management Services, LLC; Mid-America Apartment Communities, Inc.; Bozzuto Management Company; AvalonBay Communities, Inc.; Highmark Residential, LLC; Equity Residential; Essex Property Trust, Inc.; ZRS Management, LLC; Camden Property Trust; UDR, Inc.; ConAm Management Corporation; Cortland Partners, LLC; Thrive Communities Management, LLC; Security Properties Inc.; Prometheus Real Estate Group; Mission Rock Residential, LLC; Avenue5 Residential, LLC; CWS Apartment Homes, LLC; Sares Regis Group Operating, Inc.; Greystar Real Estate

STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT
No. 2:22-cv-01826-RSL

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

11

Partners, LLC; and Morgan Group, Inc. shall file a joint status report with the Court by April 21, 2023.

Dated this 10th day of March, 2023.

*[signature]*
Robert S. Lasnik
United States District Judge

STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT
No. 2:22-cv-01826-RSL

12

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020