| | |
|---|---|
| **From:** | TNMDdb_CMECF |
| **Sent:** | Thursday, April 13, 2023 5:19 PM |
| **To:** | InterDistrictTransfer_WAWD |
| **Subject:** | Transferred case has been opened |

CASE: 2:22-cv-01826

DETAILS: Case transferred from Washington Western has been opened in Middle District of Tennessee as case 3:23-cv-00339, filed 04/13/2023.