THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARYBETH MOORE, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>REALPAGE, INC., GREYSTAR REAL ESTATE PARTNERS, LLC, LINCOLN PROPERTY CO., CUSHMAN & WAKEFIELD, INC., FPI MANAGEMENT, INC., RPM LIVING, LLC, BH MANAGEMENT SERVICES, LLC, MIDAMERICA APARTMENT COMMUNITIES, INC., MORGAN PROPERTIES, LLC, AVENUE5 RESIDENTIAL, LLC, BOZZUTO MANAGEMENT COMPANY, AVALONBAY COMMUNITIES, INC., HIGHMARK RESIDENTIAL, LLC, EQUITY RESIDENTIAL, ESSEX PROPERTY TRUST, INC., ZRS MANAGEMENT, LLC, CAMDEN PROPERTY TRUST, UDR, INC., CONAM MANAGEMENT CORPORATION, CORTLAND PARTNERS, LLC, THRIVE COMMUNITIES MANAGEMENT, LLC, SECURITY PROPERTIES INC., CWS APARTMENT HOMES, LLC, PROMETHEUS REAL ESTATE GROUP, SARES REGIS GROUP OPERATING, INC., MISSION ROCK RESIDENTIAL, LLC, and MORGAN GROUP, INC.,<br><br>Defendants. | NO. 2:22-cv-01826-RSL<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY**<br><br>CLERK'S ACTION REQUIRED |



SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

TO: CLERK OF THE COURT; and

AND TO: ALL PARTIES OF RECORD

PLEASE TAKE NOTICE that Selby P. Brown of Summit Law Group, PLLC hereby withdrawals in the above-entitled action as counsel of record for **Defendant UDR Inc.** All other counsel of record for UDR, Inc., including Diana Siri Breaux of Summit Law Group, PLLC remains counsel of record.

DATED this 1st day of October, 2026.

SUMMIT LAW GROUP PLLC
Attorneys for Defendant UDR, Inc.

By *<u>/s/ Selby P. Brown</u>*
Selby P. Brown, WSBA #59303
*selbyb@summitlaw.com*

By *<u>/s/ Diana Siri Breaux</u>*
Diana Siri Breaux, WSBA #46112
*dianab@summitlaw.com*



SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001